**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jesus Eder Moreno Ornelas,<br><br>　　　　　Petitioner,<br><br>v.<br><br>United States of America,<br><br>　　　　　Respondent. | No. CV-20-00521-TUC-CKJ<br><br>**ORDER** |

On February 28, 2024, the Court issued an Order asking Petitioner's attorney, Frederick M. Carrillo, to file a Notice reflecting when he provided Petitioner a copy of this Court's Order issued January 3, 2023, denying the Motion to Vacate, Set Aside, or Correct Sentence (28 U.S.C. § 2255). On March 11, 2024, Petitioner's attorney filed a Notice and Affidavit. He submits the following relevant attestations:

> 6. Upon receiving the Court's Order (Doc. No. 24) and Judgement (Doc. No. 25) dated January 3, 2023, I had several phone calls with Mr. Moreno Ornelas. I advised Mr. Moreno Ornelas of the denial of our § 2255 petition and of the denial of the certificate of appealability during these telephone calls.
>
> 7. On January 9, 2023, I sent a request to my legal assistant to prepare the file for closure as I intended to send a letter and the Court's Order and Judgement dated January 3, 2023 (Doc. Nos. 24 and 25) to Mr. Moreno Ornelas. It is my regular practice to send these documents to my clients. I did not maintain a copy of a letter to Mr. Moreno Ornelas which indicates that I provided Mr. Moreno Ornelas with the Order and Judgment (Doc. Nos. 24 and 25) prior to February 15, 2024, which concerns me that I did not send him the documents, and rather communicated the Court's denials to him over the telephone.
>
> 8. Following the Court's January 3, 2023, ruling, I received additional correspondence from Mr. Moreno Ornelas dated February 17, 2023 and

December 13, 2023. In these letters, Mr. Moreno Ornelas did not request a copy of the District Court's January 3, 2023 Order and Judgment.

9. I sent Mr. Moreno Ornelas a letter on January 3, 2024, however I did not include the Order and Judgement (Doc. Nos. 24 and 25) in that correspondence.

10. On February 15, 2024, Mr. Moreno Ornelas filed a pro-se Motion to Appeal Out of Time, in which he stated that he only recently received the Order and Judgement. (Doc No. 26.)

11. On February 21, 2024, I sent Mr. Moreno Ornelas a letter which contained the Court's January 3, 2023, Order and Judgment.

(Notice, Affidavit (Doc. 29-1)).

The Petitioner's attorney also informs the Court that Respondent objects to a late Notice of Appeal. The Court will allow the Respondent to file an Objection to the Motion to File Notice of Appeal Out of Time.

**Accordingly,**

**IT IS ORDERED** that within 7 days of the filing date of this Order, the Respondent shall file an Objection.

**IT IS FURTHER ORDERED** that the Court notes Mr. Carrillo remains counsel of record in this matter and shall send copies of all filings being made in this case to Petitioner until and unless and until he withdraws as counsel.

Dated this 19th day of March, 2024.

_____
Honorable Cindy K. Jorgenson
United States District Judge

- 2 -