**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jesus Eder Moreno Ornelas,<br><br>          Petitioner,<br><br>v.<br><br>United States of America,<br><br>          Respondent. | No. CV-20-00521-TUC-CKJ<br><br>**ORDER** |

      On January 3, 2023, this Court denied and entered Judgment against Petitioner in this habeas action filed pursuant to 28 U.S.C. § 2255. The Court declined to issue a certificate of appealability because reasonable jurists would not conclude the Court's assessment, procedurally and on the constitutional merits, to be debatable. (Orders (Docs. 24 and 25)). On February 15, 2024, Petitioner filed a Motion for Leave to Appeal Out of Time, which the Court denied on April 8, 2024. The Court found that the late appeal was procedurally precluded. (Order (Doc. 32)). Petitioner appealed the Order denying leave to file a late appeal. On April 30, 2024, the Ninth Circuit Court of Appeals remanded the matter for the limited purpose of granting or denying a certificate of appealability.

      The attorney of record, Fredrick Michael Carrillo, filed a Motion to Withdraw as Counsel. He is not a member of the Criminal Justice Act appellate panel for the District of Arizona, Tucson Division. (Motion (Doc. 35)). He asks that new counsel be assigned to the Petitioner. The Court will grant the Motion to Withdraw but does not assign new counsel for the Petitioner because the Court declines to issue a certificate of appealability.

The Court finds that reasonable jurists would not find the Court's procedural ruling denying a late appeal in the Order issued April 8, 2024, debatable. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**Accordingly,**

**IT IS ORDERED** that the Motion to Withdraw as Counsel (Doc. 35) is GRANTED.

**IT IS FURTHER ORDERED** that, pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases, the Court declines to issue a certificate of appealability related to Order (Doc. 32) because reasonable jurists would not find the Court's procedural ruling debatable. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Dated this 2nd day of May, 2024.

_____
Honorable Cindy K. Jorgenson
United States District Judge