WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jesus Eder Moreno Ornelas,<br><br>Petitioner,<br><br>v.<br><br>United States of America,<br><br>Respondent. | No. CV-20-00521-TUC-CKJ<br><br>**ORDER** |

     On December 19, 2024, the Ninth Circuit Court of Appeals issued an Order denying a Certificate of Appealability related to Petitioner's efforts to appeal the Order and Judgment issued against Petitioner in this case on January 3, 2023. (Docs. 24 and 25.) This Court denied the Petitioner's habeas case filed pursuant to 28 U.S.C. § 2255 and denied a Certificate of Appealability regarding the merits of the case. Since early 2024, Petitioner has made several unsuccessful attempts to file a late appeal of the Order and Judgment.

     On January 30, 2025, Petitioner filed a Motion for Appointment of Counsel. The document was in Spanish. In addition to this case being closed, "[a]ll pleadings and other papers shall be written in the English language…". LRCiv 7.1(b)(1); General Order 19-04. Documents that are not in the English language shall be stricken. Therefore, the recently

/////

/////

/////

submitted non-English document (Doc. 42) filed in the above case is subject to being stricken and the Court will take no action related to it on the merits.

**Accordingly,**

**IT IS ORDERED** that the document captioned "Motion for Appointment of Counsel" (Doc. 42) is STRICKEN.

**IT IS FURTHER ORDERED** that this case is closed, and subsequent filings like this request for appointment of counsel are, therefore, precluded.

Dated this 5th day of February, 2025.

_____
Honorable Cindy K. Jorgenson
United States District Judge